UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 16, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                 )<br>           Plaintiff,                 )<br>v.                                            )<br>                                                 )<br>OUTTAMA KEOVONGSA,    )<br>                                                 )<br>           Defendant.              ) | Case No. 2:08MJ00317-GGH-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __OUTTAMA KEOVONGSA__ , Case No. __2:08MJ00317-GGH-01__ , Charge __18 USC § 371__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of $_____

    __  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ✔  (Other)   __Pretrial condition as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 16, 2008__ at __2:00pm__ .

           By   /s/ Gregory G. Hollows
             Gregory G. Hollows
             United States Magistrate Judge

Copy 5 - Court